UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

Anderson, Mathieu

CASE/CITATION NO. Mag. 06-0132-GGH

ORDER TO PAY

FILED
JUN 21 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY CLERK

SOCIAL SECURITY #: 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
DATE OF BIRTH: 11-07-1960
DRIVER'S LICENSE #: _____
ADDRESS: 3823 Tyburn Drive
Beale AFB     CA      95903
CITY          STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 6/21/06                    _____
                                  DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 350.00  and a penalty assessment of $ 10.00  for a TOTAL AMOUNT OF: $ 360.00  within _____ days/months, or payments of $ _____ per month, commencing _____ and due on the 9/5/06 of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                          CLERK, USDC                CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA) 1130 O STREET, RM 5000   501 "I" STREET
POST OFFICE BOX 740026        FRESNO, CA 93721           SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 6/21/06                    _____
                                  U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                                    EDCA—3